IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>Plaintiffs,<br>v.<br><br>INGLESIDE EXCAVATING INC.,<br><br>Defendant. | Case No. 08 C 4506<br><br>Judge MANNING |

## NOTICE OF FILING

To: Ingleside Excavating Inc.
c/o John D. Fiordirosa, RA
26530 Oakwood
Ingleside, IL 60041

PLEASE TAKE NOTICE that on this 21st day of August 2008 the undersigned filed with the Clerk of Court the attached *Plaintiffs' First Amended Complaint* a copy of which is herewith served upon you.

August 21, 2008                                         LABORERS' PENSION FUND ET AL.

By: /s/ Charles Ingrassia

Office of Fund Counsel
111 Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 21st day of August, 2008 he served this notice to the above addressee(s) via U.S. Mail.

/s/ Charles Ingrassia