UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund Board Of Trustees Health and Welfare Department Of The Construction and General Laborers' District Council of Chicago and Vicinity, et al.

Plaintiff,

v.

Case No.: 1:08−cv−04506

Honorable Blanche M. Manning

Ingleside Excavating Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

     MINUTE entry before the Honorable Blanche M. Manning: Initial Status hearing set for 9/23/2008 at 11:00 A.M. Plaintiffs' counsel should be prepared to advise the court regarding the progress of efforts to serve the defendant(s). Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.