UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL<br><br>PLAINTIFF(S)<br><br>VS.<br><br>INGLESIDE EXCAVATING, INC.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 4506**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 20, 2008**, at **3:20 PM**, I served the above described documents upon **INGLESIDE EXCAVATING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JOHN D. FIORDIROSA / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named comp

Said service was effected at **26530 OAKWOOD, INGLESIDE, IL 60041.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **46**  Hgt: **5'9"**  Wgt: **175**  Hair: **GRAY**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Katy Cartier* (signature)

**Katy E Cartier, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 21st day of August, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>Laborers Pension and Welfare Funds* | ORIGINAL PROOF OF SERVICE | TRACKING #<br>40608 |
|---|---|---|